IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SENTINEL INSURANCE COMPANY, LTD, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 1:25-cv-03441 |
| AMBROSE MEDICAL, LLC D/B/A PERFORMANCE MEDICAL CLINIC, LLC, | ) ) ) ) |
| Defendant. | ) ) ) |

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

Plaintiff, Sentinel Insurance Company, Ltd. ("Sentinel"), by its attorneys, Michael J. O'Malley of Wilson Elser Moskowitz Edelman & Dicker LLP, and in accordance with Fed. R. Civ. P. 41(a)(i), as no defendant has served an answer or a motion for summary judgment, dismisses this action without prejudice with each party to bear its own costs and respective attorney's fees.

Submitted this 25th day of June 2025.

**WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP**

*/s/ Michael J. O'Malley*

Michael J. O'Malley
*Attorney for Sentinel Insurance Company, Ltd.*

Michael J. O'Malley – Michael.O'Malley@wilsonelser.com
161 N. Clark Street, Suite 4500
Chicago, IL 60601
(312) 704-0550 (Office)
(312) 705-1522 (Fax)

315328411v.1